JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIELA CABRERA,<br><br>    Plaintiff,<br><br>    v.<br><br>GEORGE DRITSOPOULOS, et al.,<br><br>    Defendants. | Case No. CV 21-9249 FMO (JEMx)<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

Having been advised by counsel that the above-entitled action has been settled, (see Dkt. 26, Joint Notice of Settlement), IT IS ORDERED that the above-captioned action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within 30 **days from the filing date of this Order,** to re-open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

The Court's Order of March 3, 2022, (Dkt. 23), is hereby **vacated**. The clerk shall add defense counsel to the docket.

Dated this 7th day of March, 2022.

                                        /s/
                                    Fernando M. Olguin
                                    United States District Judge